UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JON HUMES, | No. 2:17-cv-2503 KJM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| XAVIER BECERRA, | |
| Defendant. | |

Plaintiff is a former county jail inmate, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff amended his complaint and named Xavier Becerra as the sole defendant.

On July 18, 2019, the undersigned ordered service on defendant Becerra. However, on July 26, 2019, plaintiff filed a motion to withdraw the amended complaint, claiming it was not the pleading he thought it was. Good cause appearing, the July 18, 2019 order is vacated, and plaintiff's first amended complaint (ECF No. 19) is stricken, and plaintiff is granted leave to amend.

However, the record is now unclear. On July 25, 2019, plaintiff filed an amended complaint naming Governor Gavin Newsom as the sole defendant, signed on July 23, 2019. (ECF No. 26.) But appended to plaintiff's motion to amend, filed July 29, 2019, is another

1

amended complaint, but again naming Xavier Becerra as the sole defendant (ECF No. 28 at 3-7), but also signed on July 23, 2019. Therefore, plaintiff is granted thirty days in which to either file a new amended complaint or to identify which amended complaint he intends to pursue in this action (ECF No. 26 or 28).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to withdraw his first amended complaint (ECF No. 27) is granted;

2. The July 18, 2019 order (ECF No. 22) is vacated;

3. The October 31, 2018 first amended complaint (ECF No. 19) is stricken;

4. Plaintiff's motion to amend (ECF No. 28) is granted;

5. Within thirty days from the date of this order, plaintiff shall file a new amended complaint or, in the alternative, shall identify which amended complaint he intended to pursue in this action (ECF No. 26 or 28 at 3-7); and

6. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights action.

Dated: August 2, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hume2503.str